IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH GRIMES,** | : |
| Plaintiff, | : **CIVIL ACTION**<br>: No. 18-1715 |
| v. | : |
| **CITY OF PHILADELPHIA, et al.,** | : |
| **Defendants** | : |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

    Kindly enter my appearance on behalf of Defendants the City of Philadelphia, Theodore Manko, Jr., Gerard Brennan, Gerald McLaughlin, Jr., Mary Kuchinsky, Andrew Monroe, and Kaliv Ivy in the above-referenced matter.

                              Respectfully Submitted,

Date: May 29, 2019                         */s/ Shannon Zabel*
                                              Shannon Zabel, Esquire

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF COURT:**

    Kindly withdraw my appearance on behalf of Defendants the City of Philadelphia, Theodore Manko, Jr., Gerard Brennan, Gerald McLaughlin, Jr., Mary Kuchinsky, Andrew Monroe, and Kaliv Ivy in the above-referenced matter.

                              Respectfully Submitted,

Date: May 29, 2019                         /s/ Andrew Pomager
                                              Andrew Pomager, Esquire
                                              Assistant City Solicitor

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KENNETH GRIMES,** :  :  Plaintiff, : : v. : : **CITY OF PHILADELPHIA, et al.,** :  :  **Defendants** : : | **CIVIL ACTION** No. 18-1715 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, the foregoing Notice of Appearance and Withdrawal of Appearance has been filed on ECF and is available for viewing and downloading.

Date: May 29, 2019                    */s/ Shannon Zabel*
                                       Shannon Zabel, Esquire
                                       Assistant City Solicitor
                                       Pa. Attorney ID No. 321222
                                       City of Philadelphia Law Department
                                       1515 Arch Street, 14th Floor
                                       Philadelphia, PA 19102
                                       (215) 683-5114