# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAMONT CAMPFIELD,** | : |
| | : |
| | : **CIVIL ACTION** |
| **Plaintiff,** | : No. 2:18-cv-03696-CDJ |
| | : |
| v. | : |
| | : |
| **DETECTIVE RAYMOND DOUGHERTY,** et al. | : |
| | : |
| | : |
| **Defendants.** | : |
| | : |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT:**

    Kindly enter my appearance on behalf of Defendant the Philadelphia Police Department in the above-referenced matter.

                                    Respectfully Submitted,

Date: June 3, 2019                   */s/ Shannon Zabel*
                                          Shannon Zabel, Esquire

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF COURT:**

    Kindly withdraw my appearance on behalf of Defendants the Philadelphia Police Department in the above-referenced matter.

                                    Respectfully Submitted,

Date: June 3, 2019                   */s/ Andrew Pomager*
                                            Andrew Pomager, Esquire
                                            Assistant City Solicitor

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAMONT CAMPFIELD,** : | |
| : | **CIVIL ACTION** |
| **Plaintiff,** : | **No. 2:18-cv-03696-CDJ** |
| : | |
| v. : | |
| : | |
| **DETECTIVE RAYMOND DOUGHERTY,** : | |
| et al. : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Notice of Appearance and Withdrawal of Appearance has been filed on ECF and is available for viewing and downloading. In addition, a copy has been sent via regular mail to:

Lamont Campfield
DE-7873
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654
*Appearing pro se*

Date: <u>June 3, 2019</u>                                              <u>*/s/ Shannon Zabel*            </u>
                                                                        Shannon Zabel, Esquire
                                                                        Assistant City Solicitor
                                                                        Pa. Attorney ID No. 321222
                                                                        City of Philadelphia Law Department
                                                                        1515 Arch Street, 14th Floor
                                                                        Philadelphia, PA 19102
                                                                        (215) 683-5114