## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMONT CAMPFIELD, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 18-3696 |
| | : | |
| DETECTIVE RAYMOND DOUGHERTY, | : | |
| et al., | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 27th day of June, 2019, upon consideration of Plaintiff's Motions for an

Order Compelling Discovery (ECF Nos. 12, 15) and Defendants' Opposition thereto (ECF No.

16), it is hereby **ORDERED** that Plaintiff's Motions to Compel are **DENIED**.[1]

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II      J.

---

[1] Plaintiffs' service of the discovery at issue in the pending Motion to Compel is premature given the timing requirements set forth in Rule 26 of the Federal Rules of Civil Procedure.  Moreover, given the pending Motions to Dismiss by Defendant Philadelphia Police Department (ECF No. 3) and Defendants Hugh Colihan, Ann Ponterio, and the Philadelphia Police Department (ECF No. 5), the Court finds no reason to grant early discovery under either the injunctive relief standard or good cause standard at this juncture. *See Bath Auth., LLC v. Anzzi, LLC*, No. 18-0834, 2018 WL 5112889, at *8 (E.D. Pa. Oct. 19, 2018).