IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LAMONT CAMPFIELD, | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | NO: 18-3696 |
| | : | |
| DETECTIVE RAYMOND DOUGHERTY, | : | |
| et al., | : | |
| Defendants | : | |

# **ORDER**

AND NOW, this 19th day of July, 2019, upon consideration of: Plaintiff's Removed Complaint (ECF No. 1, Ex. A), Defendant Philadelphia Police Department's Motion to Dismiss (ECF No. 3), Defendants Hugh Colihan, Ann Ponterio, and the Philadelphia District Attorney's Office's Motion to Dismiss (ECF No. 5), and Plaintiff's duplicate Responses to Defendants' Motions to Dismiss (ECF Nos. 10, 13), it is hereby ORDERED as follows:

(1) Defendant Philadelphia Police Department's Motion to Dismiss (ECF No. 3) is GRANTED;

(2) Defendants Hugh Colihan, Ann Ponterio, and Philadelphia District Attorney's Office's Motion to Dismiss (ECF No. 5) is GRANTED;

(3) Plaintiff's Complaint is DISMISSED WITH PREJUDICE; and,

(4) The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II  J.